UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN ADMIRALTY

SEANAUTIC MARINE INC.
trading as CARIBBEAN EXPRESS LINE,

    Plaintiff,

v.

BERNUTH LINES, LTD.,

    Defendant.

CASE NO.

## COMPLAINT

COMES NOW Plaintiff, SEANAUTIC MARINE INC. trading as CARIBBEAN EXPRESS LINE (hereinafter "CARIBBEAN EXPRESS LINE"), by and through its undersigned counsel and for its Complaint against Defendant, BERNUTH LINES, LTD. ("BERNUTH"), states:

### Jurisdiction

1.    This action arises from the transportation of goods by motor vessel by water for hire and this Court has subject matter jurisdiction over this action within the Court's admiralty and maritime jurisdiction, 28 U.S.C. 1333, and Rule 9(h) of the Federal Rules of Civil Procedure.

2.    This Court has personal jurisdiction over BERNUTH because the shipment which gives rise to this action originated in Miami, Florida and BERNUTH regularly and systematically conducts business in Miami, Florida.

### Parties

3.    Plaintiff, CARIBBEAN EXPRESS LINE, is a non-vessel owning common carrier by water for hire with its principal of business in Montreal, Canada.

4.	BERNUTH is a vessel owning and operating common carrier of merchandise by water for hire with an office and principal place of business in Miami, Florida.

5.	Upon information and believe, BERNUTH chartered and operated the M/V "ANGELN" as a common carrier of merchandise by water for hire in the Caribbean.

## Facts

6.	On or before February 13, 2010, various shippers contracted with CARIBBEAN EXPRESS LINE, for the transportation of various shipments (the "cargo").

7.	On or about February 13, 2010, CARIBBEAN EXPRESS LINE issued bills of lading to its customers for the cargo and tendered the cargo to BERNUTH for transportation by water.

8.	On or about February 13 2010, the cargo was delivered to and received by BERNUTH in good order and condition and placed aboard one of its vessels for transport from Miami, Florida to Barbados, West Indies and BERNUTH issued its bill of lading to CARIBBEAN EXPRESS LINE for the cargo.

9.	Ultimately, the cargo was placed aboard the M/V "ANGELN" for transport to Barbados, West Indies.

10.	On February 21, 2010, the M/V "ANGELN" sailed from Vieux Fort with a destination of Barbados and shortly after departure, the vessel capsized and sank resulting in a total loss of the cargo tendered by CARIBBEAN EXPRESS LINE to BERNUTH.

11.	CARIBBEAN EXPRESS LINE by cargo owners and/or insurers have been sued in the High Court of Justice, Queen's Bench Division, Commercial Court, Royal Courts of Justice in London, England for the loss of the cargo pursuant to the forum selection clause in the CARIBBEAN EXPRESS LINE bill of lading.

12.	CARIBBEAN EXPRESS LINE has demanded that Bernuth assume its defense, hold it harmless and indemnify it from these claims because CARIBBEAN EXPRESS LINE's liability, if

any, is constructive, derivative and vicarious of the fault of BERNUTH as the actual carrier of the cargo pursuant to the bills of lading issued to CARIBBEAN EXPRESS LINE.

13. BERNUTH has failed, neglected and/or refused to accept CARIBBEAN EXPRESS LINE's tender of the defense of the claim.

14. As a result of BERNUTH's breach of the contract of carriage, CARIBBEAN EXPRESS LINE has and will incur damages.

15. CARIBBEAN EXPRESS LINE has, therefore, retained counsel to defend the claims made against it and agreed to pay them a reasonable fee and has further retained the undersigned counsel to pursue this action.

16. CARIBBEAN EXPRESS LINE has fully performed all conditions precedent to bringing this action against BERNUTH.

WHEREFORE, Plaintiff CARIBBEAN EXPRESS LINE demands judgment against Defendant BERNUTH LINES, LTD. for the amount of any liability that may be assessed against it as a result of BERNUTH LINES, LTD.'s breach of contract, together with attorney's fees, interests and costs; and for such other and further relief deemed just and proper under the circumstances.

Dated this 20th of August, 2012.

Respectfully submitted,

*(signature)*
Allan R. Kelley
Fla. Bar No. 309893
Email: akelley@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Espirito Santo Plaza, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:   (305) 789-9200
Facsimile:   (305) 789-9201

W:\84998\COMPLA05-ARK.docx

FOWLER WHITE BURNETT P.A. • ESPIRITO SANTO PLAZA, 1395 BRICKELL AVENUE, 14TH FLOOR, MIAMI, FLORIDA 33131 • (305) 789-9200